**RETURN COPY**





D2111151

# CITATION

**VICTOR RUBIO**
(Plaintiff)

**VS**

**DEAMONTRAE J. WARREN, ET AL**
(Defendant)

NUMBER C-683743   SEC. 22

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   SUNBELT FOREST PRODUCTS, INC.
      THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
      EDRICK BROWN
      124 TRAHAN STREET Rd
      Brous LAFAYETTE, LA 70506

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 5, 2019**.



*alice Monaco*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: BOYKIN, C CHADWICK**
                       (225) 231-1901

*The following documents are attached:
**PETITION FOR DAMAGES**

---

**SERVICE INFORMATION:**

Received on the ____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000   L.P.S.O. Badge# _____

**ACTUAL SERVICE MILEAGE:**

6-12-19  0730
Company of Specialized services at
124 Trahan St



EXHIBIT
A

**SHERIFF'S RETURN**
**LAFAYETTE PARISH SHERIFF'S OFFICE**

DATE SERVED 6-12-229 0930, 20 _____     4.0 miles
SERVED _____
PERSONAL ( ) _____
DOMICILIARY ON ( ) _____
DEPARTMENTAL ON ( ) _____
UNABLE TO LOCATE ( ) MOVED ( ) Deputy made attempted service at 124 Trahan St
OTHER REASON FOR UTL for Sunbelt Forest Products. Employees stated Edrick Brown
COST: SERVICE ____ MILEAGE 2.16 TOTAL 2.16   is not an employee. Also stated
DEPUTY _____ Tenende J 12275   124 Trahan St is an
establishment of
Deputy also note there is not    Specialized Service.
a 124 Trahan Rd in Broussard, La.

6/13/2019  3:57:41PM

**LAFAYETTE PARISH SHERIFF**
**INVOICE**

INVOICE # 88694
PAGE  1 OF  1

Pay To:

Mark T. Garber
Lafayette Parish Sheriffs Office
Post Office Drawer 3508
Lafayette, LA  70502

**EAST BATON ROUGE PARISH CLERK**
P.O. BOX 1991
BATON ROUGE, LA 70821

| | Charge | Paid | UnPaid |
|---|---|---|---|
| PARISH 17 | | | |

**SUIT NO. C683743 VICTOR RUBIO vs DEAMONTRAE J WARREN , ETAL**

| | Charge | Paid | UnPaid |
|---|---|---|---|
| 06/10/2019 2 Citation<br>U.T.L TO SUNBELT FOREST PRODUCTS INC THRU AG EDRICK BROWN ON 06/12/2019 BY 12275 KINGSBY<br>VICTOR RUBIO vs DEAMONTRAE J WARREN , ETAL | 2.16 | 0.00 | 2.16 |

*** TOTAL DUE THIS INVOICE ***    2.16

*********PLEASE RETURN THIS INVOICE OR A COPY WITH PAYMENT*********

> The amount due shown above is valid if payment is received by 7/13/2019. Payments received after this date may be subject to additional interest charges.

Page 1 of 1

CERTIFIED TRUE AND
CORRECT COPY

JUL 0 1 2019

East Baton Rouge Parish
Deputy Clerk of Court

EAST BATON ROUGE PARISH
Filed May 31, 2019 4:48 PM
Deputy Clerk of Court
C-683743
22

VICTOR RUBIO             SUIT NO.: **683743** DIVISION: **22**

VERSUS

19TH JUDICIAL DISTRICT COURT

DEAMONTRAE J. WARREN, SUNBELT FOREST PRODUCTS, INC. AND EMPLOYERS MUTUAL CASUALTY COMPANY

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR DAMAGES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, through undersigned counsel comes plaintiff, **VICTOR RUBIO**, person of full age of majority and residing in the Rapides Parish, State of Louisiana, who with respect represent the following:

**1.**

Made defendants herein are the following:

a. **DEAMONTRAE J. WARREN**, a resident of full age of majority domiciled in East Baton Rouge Parish, State of Louisiana, who may be served at his residence of 103 Adam Ave., Magee, MS 39111;

b. **SUNBELT FOREST PRODUCTS, INC.** a foreign corporation, authorized to do and doing business in the State of Louisiana, who can be served through its registered agent for service of process: Edrick Brown; 124 Trahan Street, Lafayette, LA 70506; and

c. **EMPLOYERS MUTUAL CASUALTY COMPANY**, a foreign insurance company, authorized to do and doing business in the State of Louisiana, who can be served through its registered agent for service of process: Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

**2.**

The defendants are justly and truly indebted unto your petitioners for damages, injuries, and losses that they have sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

**3.**

On or about June 4, 2018 at approximately 5:15 p.m., plaintiff, **VICTOR RUBIO** was driving a 1997 Winnebago Brave in a western direction on Interstate-12 Highway in St. Tammy Parish, Louisiana.

**4.**

On or about June 4, 2018 at approximately 5:15 p.m., defendant, **DEAMONTRAE J. WARREN**, was driving a 2018 Mack CXU613 directly behind the vehicle of plaintiff **VICTOR RUBIO**, in a western direction on Interstate-12 Highway in St. Tammy Parish, Louisiana.

1

**5.**

At or about the same time, defendant **DEAMONTRAE J. WARREN**, failed to slow or stop behind the vehicle of plaintiff **VICTOR RUBIO**, and suddenly and without warning defendant, **DEAMONTRAE J. WARREN**, violently crashed into the rear of the plaintiff's vehicle resulting in severe, painful and permanent injuries to plaintiff, **VICTOR RUBIO**.

**6.**

At all times pertinent to this accident, **DEAMONTRAE J. WARREN** was acting within the course and scope of his employment with **SUNBELT FOREST PRODUCTS, INC.**

**7.**

Petitioners are informed, believe and therefore allege that at the time of the accident the defendant, **EMPLOYERS MUTUAL CASUALTY COMPANY,** had in full force and effect, a policy of liability insurance in favor of defendant **SUNBELT FOREST PRODUCTS, INC.,** which provided coverage for the acts of **DEAMONTRAE J. WARREN** and under the laws of the State of Louisiana, was in full force and effect at the time of the accident, and which insurance inures to the benefit of Petitioners under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

**8.**

Petitioner alleges that at all times pertinent hereto, **VICTOR RUBIO** in no way contributed to the causation of the accident, and furthermore did not contribute to the injuries he sustained.

**9.**

Petitioners are informed, believe and therefore allege that at the time of the accident the defendant, **DEAMONTRAE J. WARREN**, was in the course and scope of said employment and under the direction of defendant, **SUNBELT FOREST PRODUCTS, INC.** at the time of the accident alleged herein, which makes defendant, **SUNBELT FOREST PRODUCTS, INC.** liable for the acts of defendant, **DEAMONTRAE J. WARREN** alleged herein.

**10.**

As a result of the fault and/or negligence of the defendants in causing the aforementioned accident, plaintiff **VICTOR RUBIO**, suffered severe and disabling injuries including, but not limited to:

a) Severe headaches;

b) Lumbar and Cervical Strain;

c) Post-traumatic stress disorder; and

d) Other damages and losses to be shown at trial.

**11.**

As a result of the aforementioned accident, plaintiff, **VICTOR RUBIO** suffered the following damages including but not limited to:

a. Physical pain and suffering – past, present, and future;

b. Mental and emotional pain, anguish, and distress – past, present, and future;

c. Medical expenses – past, present, and future;

d. Loss of enjoyment of life – past, present, and future; and

e. Other damages and losses to be shown at trial.

**12.**

In addition to the negligence alleged heretofore, plaintiff allege that a substantial cause of the above-described accident was the fault and/or negligence of the, **SUNBELT FOREST PRODUCTS, INC.** which is described in part but not exclusively as follows:

a. In failing to provide proper driver training;

b. In failing to employ a safe and competent driver;

c. In failing to properly supervise and instruct its drivers; and

d. Any and all acts of negligence, omissions, and/or legal fault which constitute a violation and shown at the time of this trial to be a proximate cause of plaintiff's injuries, damages, or losses.

**13.**

Plaintiff allege that the substantial cause of the above-described accident was the fault and/or negligence of **DEAMONTRAE J. WARREN**, which is described in part but not exclusively as follows:

a) In failing to see what he should have seen, and if having seen, in failing to heed;

b) In failing to maintain control of his vehicle;

c) In driving in a reckless disregard for the safety of others;

d) In failing to keep a proper lookout;

e) Driving at an excessive speed;

f) In violating the traffic laws of Louisiana;

g) In failing to drive his vehicle with due regard for the safety of all persons; and

h) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

**WHEREFORE PLAINTIFFS' PRAY** that the defendants be served with a copy of the petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the plaintiff, **VICTOR RUBIO** and against the defendants, **DEAMONTRAE J. WARREN, SUNBELT FOREST PRODUCTS, INC.** and **EMPLOYERS MUTUAL CASUALTY COMPANY**, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from the date of the judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

**GORDON MACKERNAN INJURY ATTORNEYS**

C. CHADWICK BOYKIN (#29735)
5656 Hilton Avenue
Baton Rouge, LA 70808
Telephone: (225) 888-8888
Facsimile: (225) 926-1202

**PLEASE SERVE:**
**DEAMONTRAE J. WARREN**
103 Adam Ave.,
Magee, MS 39111;

**SUNBELT FOREST PRODUCTS, INC.**
*Through its registered agent for service of process:*
**Edrick Brown**
124 Trahan Street
Lafayette, LA 70506; and

**EMPLOYERS MUTUAL CASUALTY COMPANY**
*Through its registered agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809;

CERTIFIED TRUE AND CORRECT COPY

JUL 01 2019

East Baton Rouge Parish
Deputy Clerk of Court

4

# RETURN COPY


D2111177

## CITATION

**VICTOR RUBIO**
(Plaintiff)

VS

**DEAMONTRAE J. WARREN, ET AL**
(Defendant)

NUMBER C-683743   SEC. 22

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   EMPLOYERS MUTUAL CASUALTY COMPANY,
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JUNE 5, 2019.**



*Alice Monaco*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

**Requesting Attorney: BOYKIN, C CHADWICK**
(225) 231-1901

*The following documents are attached:
**PETITION FOR DAMAGES**

### SERVICE INFORMATION:

Received on the ___ day of _____, 20___ and on the ___ day of _____, 20___, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this ___ day of _____, 20___.

I made service on the named party through the Office of the Secretary of State on

SERVICE:$_____
MILEAGES$_____
TOTAL:  $_____

Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

JUN 1 1 2019
by tendering a copy of this document to
KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

CERTIFIED TRUE AND
CORRECT COPY

JUL 01 2019

East Baton Rouge Parish
Deputy Clerk of Court